1
2
3
4
5
6
7
8
9 **IN THE UNITED STATES DISTRICT COURT**
10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13 LOGAN ANDERSON SWANK,          Case No. ED CV 17-2270 SJO (MRW)

14          Petitioner,

15          v.                                         JUDGMENT

16 THE PEPOLE OF THE STATE OF
   CALIFORNIA,
17
18          Respondent.

19
20
21          Pursuant to the Order Accepting Findings and Recommendations of the
22 United States Magistrate Judge,
23          IT IS ADJUDGED that the petition is denied and this action is dismissed
24 with prejudice.
25
26 DATE: June 7, 2019.
                                          *S. James Otero*
27                                         _____
                                          HON. S. JAMES OTERO
28                                         UNITED STATES DISTRICT JUDGE